RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/26/12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AGNES MARIE MAYES,<br>    Appellant | CIVIL ACTION NO. 11-02233 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>    Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Mayes' appeal is GRANTED, the final decision of the Commissioner is VACATED, and the case is REMANDED to the Commissioner for further correction and supplementation of the administrative record to include all material evidence from Mayes' prior proceedings (including that relied on by the ALJ/Commissioner in this proceeding).

IT IS FURTHER ORDERED that the case is REMANDED for consideration of Mayes' residual functional capacity based on *all* of her medical records, including those from the Avoyelles Mental Health Unit, Bunkie General Hospital, and the Bunkie Rural Health Clinic. The ALJ shall also consider and further develop the evidence as to Mayes' IQ and her mental disorder/psychoses that is in addition to her depression.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of November, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT