RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/1/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MAYES | CIVIL ACTION 11-2233 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| COMMISSIONER | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

GRANTED IN PART and that attorney's fees and costs in the amount of $3,930 be awarded and ordered paid to claimant's attorneys Peter J. Lemoine and Julie Atkins. The motion should otherwise be DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 1st day of July, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE